**Order filed July 9, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00354-CR
_____

**ALVIS JACKSON III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 16-0839-K26**

---

## O R D E R

The clerk's record was filed July 1, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Judgment of Conviction and Sentence rendered March 7, 2019.

The Williamson County District Clerk is directed to file a supplemental clerk's record on or before **July 23, 2019**, containing the Judgment of Conviction and Sentence rendered March 7, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM